No. 75–64. GRINDLAY'S BANK (UGANDA), LTD. v. J. ZEEVI & SONS, LTD., ET AL. Ct. App. N. Y. Certiorari denied.

No. 75–69. JOURNEY v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 75–72. FITCH ET UX. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 75–75. LUCAS v. "BRINKNES" SCHIFFAHRTS GES. FRANZ LANGE G. M. B. H. & Co., K. G., ET AL. C. A. 3d Cir. Certiorari denied.

No. 75–77. HOLLY v. OHIO EDISON Co. Ct. App. Ohio, Ottawa County. Certiorari denied.

No. 75–78. SOUZA ET AL. v. ROMERO. C. A. 9th Cir. Certiorari denied.

No. 75–79. MEAD ET UX. v. NACEY ET AL. Ct. App. Ariz. Certiorari denied.

No. 75–80. LITMAN ET UX. v. QUARTO MINING Co. Sup. Ct. Ohio. Certiorari denied.

No. 75–85. WELCH v. FLORIDA BAR. Sup. Ct. Fla. Certiorari denied.

No. 75–87. KILBRIDE v. SUPERIOR COURT OF LOS ANGELES COUNTY. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 75–89. CHEATHAM ET AL. v. ILLINOIS CENTRAL GULF RAILROAD Co. ET AL. C. A. 6th Cir. Certiorari denied.